#4

15BE/KCC

No fee/No IFP
No Summons issue

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCANNED

19-320

Name and address of Plaintiff:

~~Hasan Shareef~~
~~Yonkers NY~~ 100 Riverdale Ave Apt 3E 10701
v. ~~Butler County Jail~~

**FILED**

MAR 22 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Full name, title, and business address
of each defendant in this action:

1. ~~Butler County Public Newspaper 114 west~~ Diamond
2. Eric Jankiewicz ~~Warden of Butler Co Jail~~
   lot Eric this information

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? Butler County

What sentence are you serving? 4-10 years

What court imposed the sentence? 30-60 months DA

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs Hasan Shareef

Defendants Officer Brian Parko Warden and William Fullerton DA officer Correction officer

2. Court (if federal court, name the district; if state court, name the county) and docket number

United States Western District Civil Action 19-1994

3. Name of judge to whom case was assigned  Tim MCCUNE

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   Appealed, Is it Still Pending

5. Approximate date of filing lawsuit  March 18-19

6. Approximate date of disposition  Dec-1-18

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where?  NONE
   When?
   Result:

III. What federal law do you claim was violated?  First
   Defamation Character Slander

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event:
B. Place of event:  Butler Co Jail
C. Persons involved--name each person and tell what that person did to you:  Butler County lie about me being drugs in Jail it was Never Proven

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? **IN Butler Co Jail**

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No (✓)

C. If your answer is YES,
1. What steps did you take? **NO**
2. What was the result? **NO**

D. If your answer is NO, explain why not: **NO**

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( ) No (✓)

F. If your answer is YES,
1. What steps did you take? **NO**
2. What was the result? **NO**

VI. Relief **damages maliciously money**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

**Compensate lost wages Ever soon they put article in Newspaper damages**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*[signature]*

3-18-19      H Shareef
_____    _____
(Date)                 (Signature of Plaintiff)

Psychological emotional harm
Injunction Relief
discriminated        was proximate cause damage to the plaintiff
Privated Citizen
Injured family name
emotional distress
First Amedents
my reputation
damages maliciosly
Warden sue 20,000
Newspaper for $100,000
ineffective counsel About search warrant
Stickland vs washington
US 466 US 688
Humanitarian considerations Fraud deception
Concealment of Fact estoppel due Proof
induced me took my paperwork
Statute limitation
The employment of the Attorney or other basis for duty
The Failure of lawyer to exercise ordinary skill knowledge such negligence