# Memorandum of Law

Hasan Shareef
vs
Butler County Newspaper
and Eric Jankiewicz
Public
Butler County Jail Warden
Joe Demore

**FILED**
SEP 24 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Civil 19-320

## Case Law Back up my Memorandum of Law

Violation 1, 3, 14 Amendments

New Hampshire vs 9 Nh 34 Burham
461 Nh A2d 117 Walters Palmer 48 Nh 211 Concord
Putive damages 50,000
Compensatory 50,000
Nominal Relief 50,000
Physical Injury 10 year penological objections
Actual malice ill will False
Slander defamatory Bad faith libel
Section 1983 mental distress
Speak hatred disregard true False
USC 28 defamed Defamation statute
Pennsylvania vs Rich 656 A2d 890
Pennsylvania vs Allah 226 F3d 247
Pennsylvania vs Aimir 143 F3d 1210
I won Return Property Hearing 11-26-18

A Constitutional Right heard By Counselor himself
WARDEN 10,000
JANKIEWICZ 100,000

A Constitutional Right heard By Counselor himself