# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASAN SHAREEF, | ) | Civil Action No.  19 – 320 |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| BUTLER COUNTY PUBLIC NEWSPAPER and ERIC JANKIEWICZ, | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On November 4, 2019, this Court denied without prejudice Plaintiff's Motion for Leave to Proceed *in forma pauperis* on appeal because he did not submit the required affidavit and copy of his institutional account statement.  (ECF No. 20.)  The following day, the Court received Plaintiff's Declaration in Support of his Motion for Leave to Proceed *in forma pauperis* on appeal, which this Court will construe as an affidavit, and a copy of Plaintiff's prison account statement for the last six months.  (ECF No. 21.)  Although Plaintiff did not submit another Motion requesting to proceed *in forma pauperis* on appeal, it is likely that this Court's November 4th Order crossed in the mail with Plaintiff's affidavit and account statement.  Therefore, the Court will now reconsider Plaintiff's previous Motion for Leave to Proceed *in forma pauperis* on appeal that it denied without prejudice on November 4th.  Accordingly, this 7th day of November, 2019,

**IT IS HEREBY ORDERED** that the Motion for Leave to Proceed *in forma pauperis* on appeal (ECF No. 18) is granted to the extent that Plaintiff may proceed without the prepayment

1

of the full $505.00 filing fee.  However, Plaintiff is required to pay $83.70 as an initial partial

filing fee as provided by 28 U.S.C. § 1915(b)(1)(A).

**IT IS FURTHER ORDERED** that Plaintiff's custodial shall forward, within **THIRTY**

**(30) DAYS** from the date of this Order, the initial partial filing fee of $83.70 to the Clerk of

Court.  A check from a penal institution, a cashier's check, or a money order should be made

payable to "Clerk, U.S. District Court for the Western District of Pennsylvania" and transmitted

to: Clerk of Court, U.S. District Court, Western District of Pennsylvania, 700 Grant Street, Suite

3110, Pittsburgh, PA, 15219.  Personal checks will not be accepted.  The following information

shall either be included on the face of the check from the penal institution, cashier's check, or

money order or attached thereto: (i) the full name of the prisoner; (ii) the prisoner's inmate

number; and (iii) the appeal case number for this action **(19-3342)**.  Checks or money orders

which do not have this information will be returned to the penal institution.

**IT IS FURTHER ORDERED** that in each succeeding month when the amount in

Plaintiff's account exceeds $10.00, the superintendent/warden, or his or her designee, shall

forward payments to this Court equaling 20% of the preceding month's income credited to his

account until the fees are paid.  Each payment shall reference the appellate docket number for

this appeal.  The superintendent/warden, or his or her designee, shall forward payments to the

appropriate courts simultaneously if there are multiple orders.

**IT IS FURTHER ORDERED** that this Order is binding on the superintendent/warden

of any jail or correctional facility where Plaintiff is incarcerated until the filing fee is paid in full

in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  However, Plaintiff is warned that

he is ultimately responsible for payment of the filing fee if his custodian lapses in his/her duty to

make payments on his behalf.  For this reason, if Plaintiff is transferred to another jail or

correctional institution, Plaintiff should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to the Inmate Account Officer at Plaintiff's place of confinement.


                /s/ Lisa Pupo Lenihan
                Lisa Pupo Lenihan
                United States Magistrate Judge



Cc:    Hasan Shareef
       SCI Forest
       PO Box 307
       286 Woodland Drive
       Marienville, PA 16239

       Inmate Account Officer
       SCI Forest
       PO Box 307
       286 Woodland Drive
       Marienville, PA 16239