CA 19-320

US District
Court Western District

Shaleof
vs
Butler County
Public Newspaper

District
Court 19 320

US Court of
Appeals
19 3342
20-2602

Notice of Appeal

Is US Courts of Appeal working
on this case

**FILED**

SEP 29 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA