FILED

NOV 20 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

US District Court
3rd circuit of Pennsylvania

H. Shorest
vs
B. Palko

District
Court 18-1494
19-1330

Arlene moore
B. Palko

US Courts of
Appeals 20-1863
20-2651

Shrerest
vs
O. Connell

District court
20-426

US courts of
Appeals 20-2639
20-2935

Shorest
vs
Better to Office
No, Shorest

District Court
(19-820)

US Courts of Appeals
19 3342
20 2606
20 3001

Wind ree your going stert
Missing on ??? cases