2:19-CV-320 FILED

FEB 02 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

District Court
3rd District

Ensar Shareef
vs
Brian Palko
CAPTAIN MOORE

District Court
Civil 18 1494
19-320 19 1330
20-426
US Courts of
Appeals 20 1863
20 2639
20 2935
Permission to Appeal    19 3342
And Notice of Appeal    20 2606
20-3007

It been 10 months since I heard from US Courts of Appeal Did I ever Appeal this case correct or I did not I never heard An Answer thank you

District Court
of 3rd Ciruit

Shaleef
vs
B Palko
Captain Moore

District Court 18 1491
19 1330

US Court of Appeals 20-953
20-2637

Shaleef
vs
O Connell

District Court 20-426

US Courts of Appeals 20-2639
20-2935

Shaleef
vs
Butler County
Public Newspaper

District Court 19-320

US Courts of Appeals 19 3342
20-2606
20-3057